# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00525-CV

### In re San Marcos Green Investors, LLC; Elevate Multifamily, LLC; Deborah Jones; Thomas Steubing, Jr.; and Iconic Investors, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed an agreed motion for voluntary dismissal of their petition for writ of mandamus and their motion for emergency temporary relief. Accordingly, we grant the motion and dismiss the petition for writ of mandamus and the motion for emergency temporary relief.

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed: October 29, 2021